~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
DEC 18 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil　　RE: Valerie Lynn Herschel
　　　U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief　　DOCKET NO.: 4- CR 06-70799 WDB
　　　　U.S. Pretrial Services Officer

DATE: December 15, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Paul Mamaril　　　　　　　　　　510-637-3757
**U.S. PRETRIAL SERVICES OFFICER**　　　**TELEPHONE NUMBER**

RE:　MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_Wayne D. Brazil_　　　　　　　　_12-18-06_
JUDICIAL OFFICER　　　　　　　　DATE

cc: WDB's stats, Copy to parties via ECF, Pretrial, Financial

Cover Sheet (12/03/02)